BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-MC-00033-MCE-KJN |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN  AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $22,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant
Shawna Carbonaro aka Shawna Floyd ("claimant"), by and through their respective counsel, as follows:

1.      On or about November 28, 2015, claimant filed a claim in the administrative forfeiture
proceeding with the Drug Enforcement Administration with respect to the Approximately $22,000.00 in
U.S. Currency (hereafter "defendant currency"), which was seized on or about October 2, 2015.

2.      The Drug Enforcement Administration has sent the written notice of intent to forfeit
required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any
person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other
than claimant has filed a claim to the defendant currency as required by law in the administrative
forfeiture proceeding.

1

3.     Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was February 26, 2016.

4.     By Stipulation and Order filed March 1, 2016, the parties stipulated to extend to March 28, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.     By Stipulation and Order filed March 30, 2016, the parties stipulated to extend to April 27, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to May 27, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///

2

7.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to May 27, 2016.

Dated:  4/25/16                              BENJAMIN B. WAGNER
                                             United States Attorney


                                     By:    /s/ Kevin C. Khasigian
                                            KEVIN C. KHASIGIAN
                                            Assistant U.S. Attorney


Dated: 4/22/16                              /s/ Jacek W. Lentz
                                            JACEK W. LENTZ
                                            Attorney for potential claimant
                                            Shawna Carbonaro

                                            (Authorized by email)



                                  **ORDER**

Pursuant to the foregoing stipulation, the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to May 27, 2016.

IT IS SO ORDERED.

Dated:  May 4, 2016

                                     _____
                                     MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                     UNITED STATES DISTRICT COURT

Stipulation and Order to Extend Time